UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

13 AUG -6 AM 11:10



UNITED STATES OF AMERICA,

        Plaintiff,

vs.

REYNALDO RUIZ-CURIEL,

        Defendant.

CASE NO. 13CR1757-WQH

DEPUTY

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

USC 952 AND 960 IMPORTATION OF HEROIN AND METHAMPHETAMINE

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 5, 2013

William Q. Hayes
U.S. District Judge